and possession of a weapon, fourth degree, unanimously modified, on the law, to reverse the larceny and assault convictions and dismiss those counts of the indictment, and otherwise affirmed. On the facts of this case, defendant could not have committed the robbery without also committing the grand larceny and assault. Those are inclusory and concurrent counts (CPL 300.30, subd 4). "Where the verdict is comprised of inclusory concurrent counts a verdict of guilty on the greatest count is deemed a dismissal of every lesser count (CPL 300.40, subd 3, par [b])." *(People v Grier,* 37 NY2d 847, 848; *People v Collier,* 63 AD2d 562, mot for lv to app den 45 NY2d 779.) We have examined the other points urged by defendant and find them without merit. Concur—Kupferman, J. P., Birns, Silverman, Fein and Sandler, JJ.

■ WARREN A. MCFADDEN, Respondent-Appellant, v CHASE MANHATTAN BANK (NATIONAL ASSOCIATION), Respondent, and JAMES W. BLOOR et al., Appellants.—Order, Supreme Court, New York County, entered on May 19, 1977, unanimously affirmed on the opinion of Stecher, J., at Special Term. Plaintiff-respondent shall recover of defendants-appellants one bill of $60 costs and disbursements of this appeal. Defendant-respondent shall recover of plaintiff-respondent $60 costs and disbursements of this appeal. No opinion. Concur—Kupferman, J. P., Evans, Lane, Sandler and Sullivan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ISRAEL VALLEJO, Appellant.—Judgment, Supreme Court, Bronx County, rendered on May 26, 1977, unanimously affirmed. Application by appellant's counsel to withdraw is granted. (See *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no meritorious points which could be raised on this appeal. Concur—Kupferman, J. P., Birns, Silverman, Fein and Sandler, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FRANK ALBA, Appellant.—Judgment, Supreme Court, Bronx County, rendered on October 19, 1976, unanimously affirmed. Application by appellant's counsel to withdraw is granted. (See *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no meritorious points which could be raised on this appeal. Concur—Lupiano, J. P., Evans, Markewich and Sullivan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v IRMA HERNANDEZ, Appellant.—Judgment, Supreme Court, Bronx County, rendered on March 23, 1977, unanimously affirmed. Application by appellant's counsel to withdraw is granted. (See *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no meritorious points which could be raised on this appeal. Concur—Lupiano, J. P., Evans, Markewich and Sullivan, JJ.

## (October 26, 1978)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v THEODORE DANGERFIELD, Appellant.—Judgment, Supreme Court, Bronx County, rendered on November 16, 1976, unanimously affirmed. Application by appellant's counsel to withdraw is granted. (See *Anders v California,* 386 US 738;